1  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
2  Ori Edelstein, California Bar No. 268145
   2 Embarcadero Center, Suite 1410
3  San Francisco, CA 94111
   Telephone:     (415) 675-3400
4  Facsimile:     (415) 675-3434
   Email:         ori.edelstein@bryancave.com
5
   Attorneys for Defendant
6  BANK OF NEW YORK CORPORATION

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Khawil and Salma Ibrahim, individuals, | Case No. 3:11-cv-00802-EMC |
   |---|---|
12 | Plaintiffs, | **JOINT STIPULATION ENLARGING TIME FOR DEFENDANT BANK OF NEW YORK CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** ; ORDER |
13 | v. | |
14 | MortgageIt, Inc., a New York corporation and Bank of New York Corporation, a New York corporation; and Does 1 through 100, inclusive, | |
15 | | |
16 | | |
17 | Defendants. | Date Action Filed: February 19, 2010<br>Trial Date:        Not Assigned |

## STIPULATION

Pursuant to Civil L.R. 6-1(a), Plaintiffs KHAWIL and SALMA IBRAHIM and Defendant BANK OF NEW YORK CORPORATION ("BONY"), by and through their respective attorneys, hereby stipulate that the time for BONY to respond to Plaintiffs' Complaint in this matter is extended to and including March 30, 2011.

**IT IS SO STIPULATED.**

Dated: March 8, 2011

DE LA PENA & HOLIDAY LLP
Bonnie Portis

By: /s/ Bonnie Portis
    Bonnie Portis
Attorney for Plaintiffs
KHAWIL and SALMA IBRAHIM

Dated: March 8, 2011

BRYAN CAVE LLP
Robert E. Boone
Ori Edelstein

By: /s/ Ori Edelstein
    Ori Edelstein
Attorneys for Defendant
BANK OF NEW YORK CORPORATION

I, Ori Edelstein, attest that the content of this document is acceptable to all persons required to sign the document.

/s/ Ori Edelstein
Ori Edelstein

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED* — Judge Edward M. Chen, United States District Court, Northern District of California