**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
Ori Edelstein, California Bar No. 268145
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: ori.edelstein@bryancave.com

Attorneys for Defendant
BANK OF NEW YORK CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Khawil and Salma Ibrahim, Individuals,<br><br>Plaintiff,<br><br>v.<br><br>MortgageIt, Inc., a New York Corporation, and Bank of New York Corporation, a New York corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:11-cv-00802-SBA<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF PRE-TRIAL AND TRIAL DATES; [~~PROPOSED~~] ORDER**<br><br>Honorable Saundra Brown Armstrong<br><br>Complaint Filed: February 19, 2010<br>Trial Date: September 24, 2012 |

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

Bryan Cave LLP
Two embarcadero center, suite 1410
201 Clay street
San Francisco. CA 94111

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs KHAWIL IBRAHIM and SALMA IBRAHIM ("Plaintiffs"), and Defendant BANK OF NEW YORK CORPORATION (collectively the "Parties") submit this stipulation requesting an order continuing the trial date and all corresponding pre-trial deadlines.

WHEREAS, the current pre-trial dates and deadlines are as follows:

A. Discovery cut-off February 29, 2012.

B. Expert Designation February 29, 2012.

C. Rebuttal disclosure March 14, 2012.

D. Expert Discovery completion April 11, 2012.

E. Hearing on all motions including dispositive motions June 15, 2012 .

F. Settlement Conferences before a Magistrate Judge in July 2012.

G. The Pretrial Conference September 18, 2012.

H. Pretrial Preparations and Documents August 21, 2012.

I. Motions in Limine and Objections to Evidence August 28, 2012 .

J. Responses to motions in limine or objections to evidence September 4, 2012.

K. Replies to motions in limine or objections to evidence September 11, 2012 .

L. Trial Date September 24, 2012.

WHEREAS, the parties are in discussions regarding the evaluation of Plaintiffs for a possible loan modification, and the Parties need additional time to complete this review.

WHEREAS, the parties have a mediation scheduled for February 22, 2012, only a week before the discovery cut-off.

WHEREAS, all parties believe that the extension of time will facilitate early settlement of this matter, including the loan modification review process.

WHEREAS, this Stipulation is the first request by either party in this case to continue the Trial Date and trial-related dates.

///

///

///

**JOINT STIPULATION**

NOW, THEREFORE, Plaintiffs, and Defendant Bank of New York Corporation, by and through their respective counsel of record, hereby agree and request this Court to continue all pre-trial and trial dates by three months as listed below:

A. Discovery cut-off from February 29, 2012 to May 29, 2012.

B. Expert Designation from February 29, 2012 to May 29, 2012.

C. Rebuttal disclosure from March 14, 2012 to June 14, 2012.

D. Expert Discovery completion from April 11, 2012 to July 11, 2012.

E. Hearing on all motions including dispositive motions from June 15, 2012 to on or before September 14, 2012.

F. Settlement Conferences before a Magistrate Judge from the month of July 2012 to the month of October 2012.

G. The Pretrial Conference from September 18, 2012 to December 18, 2012.

H. Pretrial Preparations and Documents from August 21, 2012 to November 21, 2012.

I. Motions in Limine and Objections to Evidence from August 28, 2012 to November 28, 2012.

J. Responses to motions in limine or objections to evidence from September 4, 2012 to November 26, 2012.

K. Replies to motions in limine or objections to evidence from September 11, 2012 to December 3, 2012.

L. Trial Date from September 24, 2012 to December 17, 2012 or as soon as thereafter as the Court's schedule allows.

Dated: January 19, 2012

**DE LA PEÑA & HOLIDAY LLP**

By: /s/ Bonnie L. Portis
Bonnie L. Portis
Attorneys for Plaintiffs
KHAWIL IBRAHIM and SALMA IBRAHIM

Dated: January 23, 2012

**BRYAN CAVE LLP**

By: /s/ Ori Edelstein_______________________
Ori Edelstein
Attorneys for Defendant
BANK OF NEW YORK CORPORATION

Bryan Cave LLP
Two embarcadero center, suite 1410
201 Clay street
San Francisco. CA 94111

**[~~PROPOSED~~] ORDER**

Having reviewed the Stipulation of Plaintiffs Khalil Ibrahim and Salma Ibrahim ("Plaintiffs"), and Defendant Bank of New York Corporation, and good cause appearing, IT IS ORDERED THAT the pre-trial and trial dates to be extended by three months as listed below:

A. Discovery cut-off shall be May 29, 2012.

B. Expert Designation shall occur on or before May 29, 2012.

C. Rebuttal disclosure shall occur on or before June 14, 2012.

D. Expert Discovery completion shall occur on or before July 11, 2012.

E. Hearing on all motions including dispositive motions shall occur on or before **September 11, 2012**. ~~September 14, 2012.~~

F. Settlement Conferences before a Magistrate Judge shall occur in the month of October 2012.

G. The Pretrial Conference shall occur on **January 15, 2013 at 1:00 p.m.** ~~December 18, 2012.~~

H. Pretrial Preparations and Documents shall be due on or before **November 20, 2012**. ~~November 21, 2012.~~

I. Motions in Limine and Objections to Evidence shall be due on or before **November 27, 2012**. ~~November 28, 2012.~~

J. Responses to motions in limine or objections to evidence shall be due on or before **December 4, 2012**. ~~November 26, 2012~~.

K. Replies to motions in limine or objections to evidence shall be due on or before **December 7, 2012**. ~~December 3, 2012.~~

L. Trial (5-day jury) ~~Date~~ shall commence on **January 28, 2013 at 8:30 a.m.**~~be December 17, 2012 or as soon as thereafter as the Court's schedule allows.~~

Dated: 1-24-12

Saundra B. Armstrong
Honorable Saundra Brown Armstrong