UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IBRAHIM ET AL, | ) | No. C11-00802 SBA |
| Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING ACTION</u> |
| vs. | ) | |
| | ) | |
| MORTGAGEIT INC ET AL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

    IT IS SO ORDERED.

DATED: 4/25/12

                                                    */s/ Saundra B Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge